IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID WELLINGTON,

    Plaintiff,

v.                                                  Case No. 22-cv-0069 KG/KK

MTGLQ INVESTORS, LP, and
MARGARET LAKE,

    Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Order granting dismissal of claims against Defendant Margaret Lake (Doc. 25) filed March 1, 2023, all claims against Defendant Margaret Lake are hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                          UNITED STATES DISTRICT JUDGE